FRANK N. DARRAS #128904, Frank@DarrasLaw.com
SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

DarrasLaw

3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERVA PLUDE,<br><br>   Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>   Defendant. | Case No: 2:23-cv-01197 SPG(SKx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 16, 2023 |

TO THE COURT AND ALL INTERESTED PARTIES:

   PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

   Documents are currently being prepared to finalize the resolution of this matter and parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within forty-five days (45) days.

Dated:  April 12, 2023

DarrasLaw

*/s/  Phillip S. Bather*
PHILLIP S. BATHER
Attorney for Plaintiff