1  Nicole Y. Blohm (Bar No. 177284)
   nblohm@mmhllp.com
2  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
3  Los Angeles, California 90017-2457
   Telephone: (213) 620-0300
4  Facsimile: (213) 625-1930

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH
6  AMERICA

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERVA PLUDE, | Case No. 2:23-cv-01197 SPG (SKx) |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Hon. Sherilyn Peace Garnett |
| Defendant. | Complaint Filed: February 16, 2023 |

IT IS HEREBY STIPULATED, by and between Plaintiff DERVA PLUDE ("Plaintiff") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("Defendant"), by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

///

///

///

1  The Parties seek the Court's approval of the dismissal of the action with
2  prejudice.

4  **IT IS SO STIPULATED.**

6  Dated: April 27, 2023

Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather
DARRASLAW

By: /s/ Phillip S. Bather
 Phillip S. Bather
 Attorneys for Plaintiff
 DERVA PLUDE

13  Dated: April 27, 2023

Nicole Y. Blohm
MESERVE, MUMPER & HUGHES LLP

By: /s/ Nicole Y. Blohm
 Nicole Y. Blohm
 Attorneys for Defendant
 LIFE INSURANCE COMPANY
 OF NORTH AMERICA

### Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180320.1

2

Case No. 2:23-cv-01197 SPG (SKx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE