JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERVA PLUDE, | Case No. 2:23-cv-01197 SPG (SKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Hon. Sherilyn Peace Garnett |
| Defendant. | Complaint Filed: February 16, 2023 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. Case No. 2:23-cv-01197 SPG (SKx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: April 27, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE